**STATE of Missouri, Respondent,**

v.

**Jerome OWENS, Appellant.**

**No. ED 76528.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 15, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 2, 2000.

Application for Transfer Denied
Dec. 5, 2000.

S. Paige Canfield, Asst. Public Defender,
St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, Jr., J., and
JAMES R. DOWD, J.

**O R D E R**

PER CURIAM.

Defendant, Jerome Owens, appeals from the judgment of conviction, after a jury trial, for murder in the first degree, assault in the first degree, and two counts of armed criminal action. He was sentenced to life without parole on the murder conviction, thirty years on the first count of armed criminal action to be served concurrent with the sentence imposed on the murder conviction, fifteen years on the first degree assault conviction to be served consecutive to the sentences imposed for the murder in the first degree and first armed criminal action convictions, and fifteen years on the second count of armed criminal action to be served concurrent with the sentences imposed on all other counts.

We have reviewed the record on appeal. An extended opinion would serve no jurisprudential purpose. We affirm. Rule 30.25(b).